ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                      DEPUTY

ENTER / JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| MARK A. PORTER, | ) | Case No.  CV 12-00274 SJO (AN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: <u>January 27</u>, 2012

S. James Otero

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE