ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY

ENTER / JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK A. PORTER,<br>  Petitioner,<br>  v.<br>UNITED STATES OF AMERICA,<br>  Respondent. | Case No. CV 12-00274 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: <u>January 27</u>, 2012

*S. James Otero*
———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE